### WOOD *vs.* YONGE.

1. In *scire facias* against bail, it is competent for the bail to shew by plea, that the plaintiff has not given security for costs; and that therefore the bail bond is void.

Error to Montgomery Circuit court.

*Scire facias,* tried by *A. Martin,* J.

The defendant in error caused a *scire facias* to be issued from the Circuit court of Montgomery, against the plaintiff, as the bail of John Thomas.

The plaintiff in error pleaded,—That the defendant, "neither at or before the time of holding the said John Thomas to bail, nor since, hath given security for the costs of his suit, according to the statute in such case made and provided," &c.

To this plea, there was a demurrer, which being over-

Wood *vs.* Yonge.

ruled, and judgment rendered for defendant in error, the plaintiff brings the case here for revision.

*Campbell*, for plaintiff in error.
*Hilliard*, contra.

· COLLIER, C. J.—The only question made at the argument, is as to the correctness of the judgment on demurrer. In Toulmin vs. Bennett *&* Laidlaw, (3 Stew. & Por. 225,) on a *scire facias* against bail, it was decided that it was competent for the bail to show by plea, that the plaintiff had not given security for costs—and by failing to do so, the bail bond was void. With this decision, we are satisfied; and the judgment is consequently reversed, and the case remanded.